UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTIN PETTIT, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HALSTEAD FINANCIAL SERVICES, LLC, | )   Case No. 1:19-CV-1298 |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs hereby gives notice that the above-captioned case is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Kristin Pettit dismisses her claims with prejudice. Leonard Randolph's claims are dismissed without prejudice.

Dated: July 13, 2020

By: s/ Jonathan Hilton

Jonathan Hilton (0095742)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Ste. 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
jhilton@hiltonparker.com
www.hiltonparker.com